**E-FILED**
Friday, 17 October, 2008  03:20:41 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES  DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**Urbana Division**

| | | |
|---|---|---|
| **LARRY L. ADAMS,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | |
| | ) | |
| **MICHAEL J. ASTRUE,** | ) | **Case No. 07-2142** |
| **COMMISSIONER OF SOCIAL** | ) | |
| **SECURITY,** | ) | |
| **Defendant.** | ) | |

# REPORT AND RECOMMENDATION

In March 2007, Administrative Law Judge (hereinafter "ALJ") David Thompson denied Plaintiff Larry Adam's application for disability insurance benefits and supplemental security income.  The ALJ based his decision on a finding that Plaintiff can perform some of his past relevant work and, in addition, there are jobs available in significant numbers in the national economy that he can perform.

In August 2007, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits.  In January 2008, Plaintiff filed his Motion for Summary Judgment or Remand (#12).  In February 2008, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15).  After reviewing the administrative record and the parties' memoranda, this Court recommended that Plaintiff's motion (#12) be denied.

Consistent with the Court's reasoning in the Report and Recommendation granting Plaintiff's motion, the Court now recommends, pursuant to its authority under 28 U.S.C. § 636(b)(1)(B), that Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)** be **GRANTED**.

The parties are advised that any objection to this recommendation must be filed in writing with the Clerk within ten (10) working days after being served with a copy of this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1).  Failure to object will constitute a waiver of objections on appeal.  *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538 (7th Cir. 1986).

ENTER this 17th day of October, 2008.

                                                     s/ DAVID G. BERNTHAL
                                                     U.S. MAGISTRATE JUDGE