E-FILED
Thursday, 13 November, 2008 10:30:41 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **LARRY L. ADAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 07-CV-2142 |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Reports and Recommendations (#16), (#17) were filed by Magistrate Judge David G. Bernthal in the above cause on October 17, 2008. On November 3, 2008, Plaintiff, Larry L. Adams, filed his Objection to Report and Recommendations (#18). Following this court's careful de novo review of the Magistrate Judge's reasoning and Plaintiff's Objection, this court agrees with and accepts the Magistrate Judge's Reports and Recommendations (#16), (#17). This court agrees that Plaintiff's Motion for Summary Judgment or Remand (#12) should be DENIED and Defendant's Motion for Summary Judgment (#15) should be GRANTED.

IT IS THEREFORE ORDERED THAT:

(1) The Reports and Recommendations (#16), (#17) are accepted by this court.

(2) Plaintiff's Motion for Summary Judgment or Remand (#12) is DENIED and Defendant's Motion for Summary Judgment (#15) is GRANTED.

(3) This case is terminated.

ENTERED this 13th day of November, 2008

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE